IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION
OCTOBER 2018 SESSION

OCT 18 2018

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 7:18-cr-00049 |
| v. | |
| DIAMOND TOPAZ BROWN | In violation of: |
| | 18 U.S.C. § 922(g)(1) |

## COUNT ONE

The Grand Jury Charges that:

On or about September 20, 2018, in the Western District of Virginia, the defendant, **DIAMOND TOPAZ BROWN**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, that is, a Taurus, model PT111 G2, 9mm semi-automatic pistol, in violation of Title 18, United States Code, Sections 922(g)(1) and 924.

## NOTICE OF FORFEITURE

1. Upon conviction of the felony offense alleged in this Indictment, the defendant shall forfeit to the United States:

    a. any firearm(s) and ammunition involved or used in the commission of violations of 18 U.S.C. §§ 922(g), or possessed in violation thereof, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. The property to be forfeited to the United States includes but is not limited to the following property:

    a. a Taurus, model PT111, G2, 9mm semi-automatic pistol, serial number

1

TIZ04805; and

      b.     all related ammunition.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

- a. cannot be located upon the exercise of due diligence;
- b. has been transferred or sold to, or deposited with a third person;
- c. has been placed beyond the jurisdiction of the Court;
- d. has been substantially diminished in value; or
- e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

A TRUE BILL, this _18th_ day of _October_, 2018.

/s/ Grand Jury Foreperson
FOREPERSON

_____
THOMAS T. CULLEN
UNITED STATES ATTORNEY

2