





<sub>
</sub>

MILLENNIUM G2