## Court Qualification Statement

Special Agent Nicholas Davis

Bureau of Alcohol, Tobacco, Firearms and Explosives

SA Davis graduated from Lehigh University with a Bachelor of Arts in Economics, with minors in Russian, Public Administration, and Religion Studies, in May 2013.

SA Davis has been employed with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) since December 2013. SA Davis attended the Criminal Investigator Training Program (CITP) and Special Agent Basic Training (SABT) at the Federal Law Enforcement Training Center (FLETC) and ATF National Academy, located in Glynco, GA. This training covered the use, classification, identification, and function of firearms that one may encounter during the investigation and enforcement of the Federal firearms laws.

SA Davis is currently assigned to the Roanoke, VA ATF Field Office and the FBI-Roanoke Violent Crimes Task Force.

SA Davis is currently certified as an ATF Firearms Instructor. SA Davis routinely provides formal training to law enforcement in various disciplines of firearms training.

SA Davis has received specialized training in the identification of firearms and their locations of manufacture. SA Davis has attended ATF Firearms Interstate Nexus Training (FINT) at the National Center for Explosives Training and Research (NCETR) in Huntsville, AL.

SA Davis has contacted the ATF National Tracing Center on numerous occasions and requested firearms traces concerning the manufacture and interstate shipment of firearms. SA Davis has also assisted numerous Federal, state, and local law enforcement agencies with firearms traces.

SA Davis has toured the following firearms manufacturing facility:

    Remington Arms—Huntsville, AL

SA Davis keeps up to date with current firearms industry trends through the subscription to industry-related periodicals.



GOVERNMENT EXHIBIT 1

# CURRICULUM VITAE



**Nicholas A Davis, Special Agent**

Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives
310 First Street SW
Suite 500
Roanoke, VA 24011
Office:      (540) 983-6920      ext.6937
Fax:         (540) 983-6921
Cell:        (540) 420-7834
Email:       Nicholas.Davis@atf.gov

## PROFESSIONAL EXPERIENCE

12/2013 – Present    **Special Agent**
Bureau of Alcohol, Tobacco, Firearms and Explosives
Washington Field Division

**Duties:** Investigate alleged violations of the Federal explosives, arson, firearms, and narcotics statutes.  Investigative functions include obtaining evidence, preparing and presenting criminal case reports to the United States Attorney for prosecution of said violations; preparing and serving arrest and/or search warrants; and testifying as a government witness. Maintaining and building working relationships with other Federal, State, and Local law enforcement officials to investigate current violent crime in southwest Virginia. Assist other Federal, State, and Local law enforcement agencies with the execution of search/arrest warrants.

ATF Assignments:    2014 to Present – Roanoke, VA
- 2017 to Present – FBI Violent Crimes Safe Streets TFO
- 2017 to Present – Firearms Instructor
- 2018 to Present – Firearms Interstate Nexus Agent

## EDUCATION

08/2009 – 05/2013    **Lehigh University**
                     Bethlehem, Pennsylvania
                     Bachelor's Degree
                     Major: Economics
                     Minors:  Russian; Public Administration; Religion Studies

1

**PROFESSIONAL TRAINING RECEIVED**

*Certifications/Training*

| | |
|---|---|
| 2015 | John E. Reid Technique of Interviewing and Interrogation Course |
| 2016 | Emergency Medical Technician--Basic |
| 2017 | ATF Undercover Operations Training |
| 2017 | Firearms Instructor Training Program (E_FITP-704A) |
| 2018 | High-Value Detainee Interrogation Group (HIG) Trust and Rapport Course |
| 2018 | Firearms Interstate Nexus Training |

*General Law Enforcement Training*

Special Agent Basic Training
ATF/FLETC, Glynco GA (April 2014 – July 2014)

Criminal Investigators Training Program
FLETC, Glynco, GA (December 2013 – April 2014)

*Awards & Accommodations Received*

2017 – "Distinguished Weapons Expert" (E_FITP-704A)
2017 – "Sharpshooter" (E_FITP-704A)
2017 – Individual Cash Award
2016 - Time Off Award
2015 – Time Off Award

**Revised 08/18**

2